IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE MARCUCCI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 08-5560 |
| | : | |
| H & L DEVELOPERS, INC., et al. | : | |

## JUDGMENT ORDER

AND NOW, this 31st day of December, 2009, judgment is entered in favor of Plaintiffs Catherine Marcucci, et al. and against Defendants Ronald and Patricia Laessig, and against Defendant H & L Developers, Inc., in the amount of $1,164,000 for the principal loan, plus interest to date of $2,421,880. This damages award does not include attorneys' fees. The issue of what amount, if any, Marcucci is entitled to receive as reasonable attorneys' fees is to be determined after a Petition for Attorneys' Fees is filed and the parties have had an opportunity to be heard.

Counsel for Plaintiffs shall file a Petition for Attorneys' Fees and costs on or before January 11, 2010. This petition can include, but is not limited to, information about prevailing market rates in the region, education and experience of the attorneys, and the amount of hours spent working on this case, as well as the basis for awarding attorneys' fees.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

Juan R. Sánchez, J.